UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SHIRLEY CLAY | CIVIL ACTION NO. 14-2755 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DR. FRANK POGUE, ET. AL. | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Court has fully considered the record in this matter, including the Report and Recommendation of the Magistrate Judge [Doc. No. 28] and Plaintiff Shirley Clay's objections to the Report and Recommendation [Doc. No. 29], as well as the prior rulings in this case. After due consideration, the Court ADOPTS the Report and Recommendation of the Magistrate Judge, which the Court finds correctly states and applies the law. Therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Dr. Frank Pogue's Motion to Dismiss [Doc. No. 23] is GRANTED, and Plaintiff's claims arising under 42 U.S.C. § 1983 for violation of her First Amendment rights is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Court will exercise supplemental jurisdiction over Plaintiff's remaining state whistleblower claim under LA. REV.STAT. § 23:967, given the length of time the case has been pending and the Court's familiarity with the remaining claim.

MONROE, LOUISIANA, this 14th day of September, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE